Order issued: December 3 , 2012                           005153



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00722-CV

**VIRTUAL INTEGRATED PARALEGAL SERVICES, INC., ET AL., Appellants**

**V.**

**LISA JOHNSON, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15073**

## ORDER

The clerk's record in this case is past due. By order dated August 30, 2012, the Court ordered Gary Fitzsimmons, Dallas County District Clerk, to file either: (1) the clerk's record; or (2) written verification that the clerk's record has not been paid for or payment arrangements have not been made. As of today's date, the Court has not received any response.

Accordingly, we again **ORDER** Gary Fitzsimmons to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, either: (1) the clerk's record; or (2) written verification that the clerk's record has not been paid for or payment arrangements have not been made. *If the clerk's record or written verification of nonpayment is not received within ten days of the date of this order, we will utilize the available remedies to obtain the record or written verification, which may include ordering the Dallas County District Clerk to show cause why he should not be held in contempt for failure to comply with this Court's orders.*

We notify appellant that if we receive verification of no payment or arrangement for payment,

the appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of this Court to send copies of this order by electronic transmission to Gary Fitzsimmons and all counsel of record.


ELIZABETH LANG-MIERS
JUSTICE